UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WALTER BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 06-6009 FFM<br><br>JUDGMENT |

    In accordance with the Order Reversing Decision of Commissioner,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner of Social Security for immediate payment of benefits.

DATED: March 5, 2008                    /S/ FREDERICK F. MUMM
                                            FREDERICK F. MUMM
                                        United States Magistrate Judge