Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 E. Ocean Boulevard, Ste. 420
Long Beach, California 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-Mail: marckalagian_rohlfinglaw@hotmail.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WALTER BROWN, | Case No.: CV 06-6009 FFM |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of THREE THOUSAND-TWO HUNDRED DOLLARS AND NO CENTS ($3,200.00)  as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   September 8, 2008

/S/  FREDERICK F. MUMM

THE HONORABLE FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

-1-